**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 12, 2013.**



_Craig A. Gargotta_

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | CASE NO. 11-50121-CAG |
| | X | |
| JOHN L. CARRIEDO, and wife, | X | |
| JENNIFER M. CARRIEDO | X | |
| | X | |
| DEBTORS | X | CHAPTER 11 |

## FINAL DECREE

On this day, came on for hearing before the Court the "Amended Application for Final Decree" heretofore filed by John L. Carriedo, and wife, Jennifer M. Carriedo, Reorganized Debtors (hereinafter "Debtors"), and the Court, after considering the Debtors' Amended Application for Final Decree, proper notice having been given, and it appearing that the bankruptcy case is being administered and the terms of the confirmed Plan are being complied with, the Court finds that the relief requested should be granted; it is therefore

ORDERED, ADJUDGED and DECREED:

1. That the Amended Application for Final Decree heretofore filed by the Debtors is APPROVED; it is further

2. The Chapter 11 case styled *John L. Carriedo, and wife, Jennifer M. Carriedo,* Case No. 11-50121 be and the same is hereby closed subject to the retention of jurisdiction as specified in the Plan, the terms of this Order, and applicable law. The Court specifically retains jurisdiction to enforce the terms of this Order requiring payment of Court costs, U.S. Trustee fees and reporting required by the Plan; and it is further

3. Within ten (10) days of the entry of this Order, the Debtors shall pay all outstanding and/or underpaid quarterly fees to the U.S. Trustee Payment Center, P.O. Box 530202, Atlanta, GA 30353-0202 and file a post-confirmation quarterly report for the period up to the case closing. The payment must be in the form of certified funds and reflect Debtors' account number and be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. A copy of proof of payment must be sent to the United States Trustee's Office, P.O. Box 1539, San Antonio, TX 78295-1539.

4. The Debtors may move to reopen this case upon completion of all plan payments to request that the Court enter a discharge in this case for the Debtors.

IT IS SO ORDERED.

### # #

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
Telephone: (210) 736-6600